UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARROW BOGGIANO,       )<br>                        )<br>        Plaintiffs,   )<br>                        )<br>   v.                   )<br>                        )<br>CITY OF SAN FRANCISCO and )<br>DOES 1-10,              )<br>                        )<br>        Defendants.     )<br>_____) | No. C 05-2908 BZ<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), **IT IS HEREBY ORDERED** that the above captioned case is referred to Judge Phyllis J. Hamilton to determine if it is related to <u>Boggiano v. Art Kapoor Realty, Inc., et al.</u>, C04-3054 PJH.

Dated: August 9, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BOGGIANO\REFERRAL.ORD.wpd

1